**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. 2:20-cv-04808-JFW-PJWx                          Date July 31, 2020

Title: Fidel Hernandez v. Panaderia Y. Mercado La Fiesta, Inc., et al

Present: The Honorable Judge John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                              Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Voluntary Dismissal filed by PLAINTIFF [9] - Make JS-6

☐ Entered _____.

Initials of Preparer   sr